IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

RENADA COLEMAN, KENNETH )
HEWELL, and LATASHA HOLLAND,)
on behalf of themselves and all those )
similarly situated, )
                         )
         Plaintiffs, )
                         )
v.                          )
                         )
NCO FINANCIAL SYSTEMS, INC., )
                         )
         Defendant. )

CIVIL ACTION NO.

1:10-CV-3285-TWT

## ORDER

This case is before the Court on the parties' Joint Motion To Approve

Stipulated Collective Action Under 29 U.S.C. § 216(b) And Collective Action

Settlement (the "Joint Motion") (Doc. 49.)

The named plaintiffs, Renada Coleman, Kenneth Hewell, and Latasha

Holland, filed this lawsuit on behalf of themselves and all others similarly

situated, pursuant to the Fair Labor Standards Act, 29 U.S.C. *et seq.* ("FLSA")*,*

seeking damages for past due overtime.  Named plaintiffs, Coleman and Hewell,

also assert retaliation claims under the FLSA.  The parties have agreed to settle

these disputes and have filed the Joint Motion seeking approval of a stipulated

collective action class; the settlement agreement; notice to the class; and opt-in

1

consent form.

The parties seek Court approval of a stipulated collective action class under 29 U.S.C. § 216(b), composed of:

> all current and former NCO non-exempt employees who worked as collectors at NCO's Norcross, Georgia offices in either NCO's Department of Education ("DOE") or United Student Aid Funds ("USAF") groups from October 12, 2008 through November 1, 2011, and who have computer log-in times greater than 40 hours in any workweek, after deducting non-compensable break periods (the "Collective Action Members").

While the defendant denies liability, the parties have agreed to settle the FLSA claims of the named plaintiffs and the collective action class for the payment by defendant of the amounts identified in the Joint Motion. The settlement amount is composed of a payment to each named plaintiff and qualified class member, which includes alleged unpaid overtime wages and an equal amount in liquidated damages, service payments, plaintiffs' attorneys' fees, litigation costs and settlement administration costs. Named plaintiffs, Coleman and Hewell, have also agreed to dismiss, with prejudice, their retaliation claims under the FLSA.

Having reviewed the Joint Motion and the Settlement Agreement, Release & Waiver (the "Agreement"); proposed collective action settlement notice; and proposed opt-in consent form, the Court makes the following findings:

2

1.  The capitalized terms in this order (the "Approval Order") that are not otherwise defined have the same meaning as in the Agreement.

2.  This case involves a bona fide dispute as to liability and damages regarding provisions of the FLSA.

3.  Alan H. Garber and Marc Garber of the Garber Law Firm, P.C. are qualified to represent the Collective Action Members.

4.  Renada Coleman is hereby designated as the collective action representative.

5.  In view of the litigation risks faced by the Parties, the settlement is fair and reasonable as to the claims of the Named Plaintiffs and the proposed Collective Action Members.

6.  The Agreement is hereby approved, adopted and ratified in accordance with the FLSA, including but not limited to 29 U.S.C. § 216, and the Agreement shall be consummated in accordance with the terms and provisions thereof.

7.  The proposed collective action class as defined in the Joint Motion is approved and certified pursuant to 29 U.S.C. § 216(b).

8.  The proposed Notice attached to the Joint Motion fully and accurately informs the Collective Class Members of all material elements of the litigation and the settlement terms.

3

9.     The Court also finds that the proposed form and content of the Opt-In Consent Form attached to the Joint Motion fully comports with the requirements of applicable law.

10.    The proposed Notice and Opt-In Consent Form are hereby approved by the Court.

11.    After reviewing the statements of services provided by Collective Action Counsel, the attorneys' fees and costs defendant shall pay in the amounts identified in the parties' Joint Motion are fair and reasonable and are hereby approved.

12.    This Approval Order will be binding on the Collective Class Members who become Opt-In Members as defined in the Agreement.

13.    All Opt-In Members shall conclusively be deemed for all purposes to be permanently barred from commencing, prosecuting, or otherwise maintaining in any court or forum any action against the Company based on any and all Released Claims.

14.    This Collective Action, including the retaliation claims asserted by Named Plaintiffs Coleman and Hewell, is hereby dismissed in its entirety, on the merits, as against Defendant, with prejudice, and without costs to any party, except to the extent otherwise expressly provided in the Agreement. This Court intends this Approval Order

4

to be "final" within the meaning of the Federal Rules of Civil Procedure and the Federal Rules of Appellate Procedure.

15.    Without affecting the finality of this Approval Order, this Court retains exclusive jurisdiction over the consummation, performance, administration, effectuation and enforcement of the Agreement and this Approval Order. In addition, without affecting the finality of this Approval Order, this Court retains jurisdiction over Defendant, Named Plaintiffs and each Opt-In Member for the purpose of enabling any of them to apply to the Court for such further orders and directions as may be necessary or appropriate for the construction, implementation, and enforcement of the terms of the Agreement and this Approval Order. Defendant, the Named Plaintiffs, and each Opt-In Member are hereby deemed to have submitted irrevocably to the exclusive jurisdiction of this Court for any suit, action, proceeding or dispute relating to this Approval Order or the Agreement, except to the extent remitted by the Agreement for resolution in a different forum.

**SO ORDERED**, this ___29___ day of ___May_____, 2012.

_Thomas W. Thrash_

THOMAS W. THRASH, JR.
United States District Judge

5